GIBSON, DUNN & CRUTCHER LLP
Theodore J. Boutrous, Jr., SBN 132009
TBOUTROUS@GIBSONDUNN.COM
333 S. Grand Ave., Los Angeles, CA 90071
T: (213) 229-7804 | F: (213) 229-7520

Ethan D. Dettmer, SBN 196046
EDETTMER@GIBSONDUNN.COM
555 Mission St., Ste. 3000, San Francisco, CA 94105
T: (415) 393-8292 | F: (415) 374-8444

Attorneys for Chevron Corporation
and Douglas M. Mackay

WINSTON & STRAWN LLP
Eric W. Bloom (*pro hac vice* pending)
EBLOOM@WINSTON.COM
1700 K Street, N.W., Washington, D.C. 20006
T: (202) 285-5000 | F: (202) 282-5100

C. MacNeil Mitchell (*pro hac vice*)
CMITCHELL@WINSTON.COM
202 Park Avenue, New York, NY 10166
T: (212) 294-2674 | F: (212) 294-4700

Richard A. Lapping, SBN 107496
RLAPPING@WINSTON.COM
101 California Street, San Francisco, CA 94111
T: (415) 591-1485 | F: (415) 591-1400

Attorneys for Republic of Ecuador and
Dr. Garcia Carrion

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| *In re* Application of:<br><br>REPUBLIC OF ECUADOR and DR. DIEGO GARCIA CARRION, the Attorney General of the Republic of Ecuador,<br><br>Applicants,<br><br>For the Issuance of Subpoenas Under 28 U.S.C. § 1782(a) for the Taking of Depositions of and the Production of Documents by Douglas M. Mackay for Use in a Foreign Proceeding. | CASE NO. 11-mc-00052-GSA<br><br>**ORDER GRANTING CHEVRON CORPORATION'S UNOPPOSED MOTION TO INTERVENE AND ENTERING STIPULATED BRIEFING SCHEDULE**<br><br>**(Documents 8 & 10)** |

In consideration of Chevron's Unopposed Motion for Leave to Intervene in the Republic of Ecuador's and Dr. García Carrión's (collectively, the "ROE") Application for the Issuance of a Subpoena Under 28 U.S.C. § 1782(a) to Douglas Mackay, it is hereby ORDERED that the Motion is GRANTED.

In consideration of the Stipulated Request for Entry of the Proposed Briefing Scheduling, it is hereby ORDERED that the Stipulated Request is GRANTED; and

It is further ORDERED that the schedule set forth below shall apply to this matter:

1. Respondent Chevron Corporation's Opposition to the ROE's Application for the Issuance of a Subpoena Under 28 U.S.C. § 1782(a) to Douglas M. Mackay shall be filed on or before July 15, 2011;

2. Applicant ROE's Reply to the Opposition filed by Respondent Chevron Corporation shall be filed on or before July 29, 2011;

3. A hearing is scheduled for August 26, 2011, at 9:30 a.m. in Courtroom 10;

4. Documents shall be produced within 7 days of service of an authorized subpoena;

5. The deposition shall be scheduled at the San Francisco offices of Winston & Strawn LLP on an agreed-upon date within 45 days of service of an authorized subpoena.

IT IS SO ORDERED.

Dated: **July 7, 2011**            **/s/ Gary S. Austin**
                              UNITED STATES MAGISTRATE JUDGE